UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DANIEL TODD | CIVIL ACTION NO. 25-46 |
| VERSUS | JUDGE EDWARDS |
| ALEXANDRIA PIZZA HUT L L C ET AL | MAG. JUDGE PEREZ-MONTES |

**ORDER OF DISMISSAL**

The Court having been advised that the above action has been settled,

**IT IS ORDERED** that this action is hereby **DISMISSED,** without prejudice to the right, upon good cause shown within sixty (60) days of the signing of this Order, to reopen the action if settlement is not consummated. The Clerk is now requested to close this case.

**IT IS FURTHER ORDERED** that within sixty (60) days of the signing of this Order, the parties shall submit to the Court: (1) a joint motion to dismiss accompanied by a proposed order; or (2) a Rule 41(a)(1)(A)(ii) stipulation of dismissal signed by all parties who have appeared in this action. Any motion that may be pending in this case is hereby **DENIED AS MOOT**.

**THUS DONE AND SIGNED** this 5th day of March, 2025.

*Jerry Edwards, Jr.*
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**